## Brandon BROWN, Movant/Appellant,

v.

## STATE of Missouri, Respondent.

### No. ED 97771.

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 18, 2012.

Gwenda Renee' Robinson, St. Louis, MO, for appellant.

Chris Koster, Dora A. Fichter, Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, JR., C.J., ROBERT M. CLAYTON III, J., and ELLEN LEVY SIWAK, S.J.

### *ORDER*

PER CURIAM.

Movant, Brandon Brown, appeals from the denial of his Rule 24.035 motion after an evidentiary hearing. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. The judgment is affirmed. Rule 84.16(b).